### 13510. WYNN *v.* THE STATE.

LUKE, J. 1. No error is shown in the court's refusal to postpone the trial. The motion for new trial does not show that the witnesses that the defendant wished to have subpœnaed would give material evidence in behalf of the defendant.

2. There is no merit in the assignment of error upon the admission of certain testimony; nor is the charge of the court subject to the meticulous objection raised to the excerpt complained of.

3. Upon conflicting evidence the jury were authorized to find the defendant guilty. The trial judge having approved the verdict, for no reason assigned was it error to overrule the motion for a new trial.

  *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

    DECIDED JUNE 13, 1922.

Indictment for malicious mischief; from Glascock superior court — Judge Shurley. March 11, 1922.

*J. C. Newsome,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.

---

### 13515. SMITH *v.* THE STATE.

LUKE, J. The conviction of the defendant was fully authorized by the evidence.

The assignment of error upon the court's failure to continue the case is without merit.

The newly discovered evidence falls within the rule that it is merely impeaching and would not likely produce a different result upon another trial.

The defendant has had a legal trial, and it was not error to overrule the motion for a new trial.

  *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

    DECIDED JUNE 13, 1922.

Conviction of assault with intent to rape; from Laurens superior court — Judge Kent. February 25, 1922.

*John W. Thomas,* for plaintiff in error.

*E. L. Stephens, solicitor-general,* contra.